Katie Blakey, Esq.
Nevada Bar No. 12701
kblakey@littler.com
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, Texas 75201.2931
Telephone: 214.880.8100
Facsimile: 214.880.0181

Hayley J. Cummings, Esq.
Nevada Bar No. 14858
hcummings@littler.com
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113-4770
Telephone: 702.862.8800
Facsimile: 702.862.8811

Attorneys for Defendant
WALMART INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON MINKOWSKY,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware corporation; DOES 1-X; ROE BUSINESS ENTITIES I-X,<br><br>Defendants. | Case No. 2:26-cv-00932-MDC<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff JASON MINKOWSKY ("Plaintiff") and Defendant WALMART INC. ("Defendant") (collectively, the "Parties"), hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice, each party to bear its own attorneys' fees and costs.

The Parties submit the instant Stipulation pursuant to their agreement for global resolution of this action. The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this Stipulation.

Accordingly, the Parties respectfully request the Court to grant the instant Stipulation, dismiss the action with prejudice, and close the case.

Dated: September 3, 2026

Respectfully submitted,

*/s/ James P. Kemp*
James P. Kemp, Esq.
KEMP & KEMP

Attorneys for Plaintiff
JASON MINKOWSKY

Dated: September 3, 2026

Respectfully submitted,

*/s/ Hayley J. Cummings*
Katie Blakey, Esq.
Hayley J. Cummings, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WALMART INC.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: 9-4-26

4925-6545-1465.1 / 080000.4467

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800